# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CASEY KRUSE, o/b/o JOYCE KRUSE (DECEASED),**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-1840-Orl-22KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## SUPPLEMENTAL BRIEFING ORDER

Plaintiff Casey Kruse filed a complaint, Doc. No. 1, and Motion to Proceed In Forma Pauperis, Doc. No. 2, in this matter. Kruse seeks Supplemental Security Income (SSI) and Old-Age, Survivors, and Disability Insurance (OASDI) benefits as the surviving child of Joyce Kruse. *See* Doc. No. 2, at 4 ("I live with my father Don Kruse. I am the child of Joyce Kruse's [sic]. I am a full time student.").

20 C.F.R. § 404.503(b)(5) authorizes receipt of OASDI benefits by the "child or children of the deceased." The legal representative of the estate of the deceased individual may also receive the OASDI benefits due. 20 C.F.R. § 404.053(b)(7). Other similar subsections could also apply. *E.g.,* 20 C.F.R. § 404.053(b)(2). From the complaint and Motion to Proceed In Forma Pauperis, Kruse does not make clear under which category she proceeds under as to the OASDI benefits.

20 C.F.R. § 416.542 permits SSI beneifts to be paid only to survivors listed in paragraphs (b)(1) through (3) of that regulation. 20 C.F.R. § 416.542(b)(4). This regulation makes no

provision for payment of SSI benefits to a surviving child.  *See* 42 U.S.C. § 1383(b)(1)(A); *Torres v. Barnhart*, No. 01-CIV-8312-KMW-FM, 2002 WL 31932046 (S.D.N.Y. Dec. 31, 2002).  From the complaint and Motion to Proceed In Forma Pauperis, it appears Casey Kruse may not proceed as to the SSI benefits.[1]

It is **ORDERED** that on or before December 1, 2008, Plaintiff Casey Kruse shall file a supplemental memorandum of law that addresses her entitlement to OASDI and SSI benefits.  If someone other than Casey Kruse must be added as a party plaintiff, any additional plaintiff must also submit a motion to proceed in forma pauperis with supporting affidavit.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 7, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

---

[1] Casey Kruse's averment that she lives with her father Don Kruse suggests there may be a qualifying spouse that could be named as a proper party as to the SSI benefits.